FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

99 MAR -8 PH 3: 38

U.S. DISTRICT COURT
N.D. OF ALABAMA

GROVER G. ALLEN,               )
                               )
            Plaintiff,         )
                               )
vs.                            )        CV 98-B-2981-S
                               )
BILLY MITCHUM, et al.,         )
                               )        ENTERED
            Defendants.        )
                                        MAR 0 8 1999

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on February 18, 1999, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief can be granted. The plaintiff filed objections to the report and recommendation on February 23, 1999.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b)(1). An Final Judgment will be entered.

DATED this  8th  day of   March   , 1999.

Sharon Lovelace Blackburn
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE